UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


ALDEN JOE DANIEL, JR., et al.,           )
                                         )
            *Plaintiffs*,                )
                                         )
v.                                       )          No. 3:07-cv-175
                                         )          *Phillips*
                                         )
GOVERNOR PHIL BREDESEN,                  )
                                         )
            *Defendant*.                 )


## JUDGMENT ORDER


In accordance with the accompanying Memorandum, the defendant's motion to dismiss is **GRANTED** and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.


        **E N T E R:**

                                    _____s/ Thomas W. Phillips_____
                                    United States District Judge

ENTERED AS A JUDGMENT
    _s/ Patricia L. McNutt_
      CLERK OF COURT